IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action

FILED →
AUG 1 5 2022
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By ACC

LENA McCOLLUM,                    )
        Plaintiff,               )        MOTION TO PROCEED
                                 )        IN FORMA PAUPERIS
v.                               )
                                 )
RODERICK VIRGIL, et al.,         )        1:22CV662
        Defendants               )

Now comes the plaintiff Lena McCollum, proceeding pro se, and hereby requests permission to proceed with this civil action in forma pauperis status based upon the foregoing information herein below.

The Plaintiff is currently recuperating in a medical rehab facility in Laurinburg North Carolina from a medical emergency suffered in April of 2022. More importantly, the Plaintiff's monthly pension of $498.62, social security benefits and medicaid coverage pays for expenses to live at the rehab center, leaving her with only $30.00 per month of discretionary income.

WHEREFORE, the Plaintiff respectfully request this Court to grant leave to proceed in forma pauperis.

Respectfully submitted this the x 9-AUG-22 day of August 2022, and declared to be true under the penalty of perjury.

X Lena McCollum