IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
LENA MCCOLLUM,                       )
                                     )
              Plaintiff,             )
                                     )
    v.                               )
                                     )   1:22-cv-662
RODERICK C. VIRGIL, Sheriff          )
of Hoke County, WILLIAM TART,        )
JERIMI KABABIK, INSURER OF           )
SHERIFF'S SURETY OR LIABILITY        )
BOND, TIMOTHY RUGG, and              )
KELLY JACOBS,                        )
                                     )
              Defendants.            )
```

## ORDER

On June 2, 2023 the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 6, 7.) No objections were filed within the time prescribed by Section 636.

The court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 6), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) and pursuant to Local Rule 11.1(b) for failure to prosecute.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 10th day of October, 2023.

```
                         _____
                              United States District Judge
```